IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-258-D

REGINA CLIFTON-CARTER, )
)
Plaintiff, )
) **ORDER**
v. )
)
CLINICAL LABORATORY SERVICES )
INC. OF GEORGIA, et al., )
)
Defendants.

The court has reviewed the record. The court DENIES as meritless plaintiff's motions for entry of default [D.E. 25, 26, 27, 28, 30, 32, 32, 33]. The court DENIES as moot defendants' motion to disregard [D.E. 23]. Defendants may plead in response to plaintiff's complaint not later than June 2, 2022.

SO ORDERED. This _1_ day of May, 2022.

JAMES C. DEVER III
United States District Judge