UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REGINA CLIFTON-CARTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINICAL LABORATORY, JAZMIN BATTLE, ) <br> MICHELLE BEEKS, REVA HART, LATOYA ) <br> JACKSON, TRICIA MORALES, JANAY PLATT, ) <br> CICELY SLAY, and RUSSELL WATKINS, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:21-CV-258-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 41] and DISMISSES the action WITIIOUT PREJUDICE.

**This Judgment Filed and Entered on October 4, 2022, and Copies To:**

| | |
|---|---|
| Regina Clifton-Carter | (Sent to 2692 Brigadoon Ln #E Fayetteville, NC 28305 via US Mail) |
| Denaa J. Griffin | (via CM/ECF electronic notification) |
| Jason Vincent Federmack | (via CM/ECF electronic notification) |

DATE:  
October 4, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk